IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO LUIS RIVERA, et al.,

    Plaintiffs,

v.      CIVIL NO. 98-2122 (JP)

CLARK MELVIN SECURITIES CORP.,
et al.,

    Defendants

### ERRATA

In the case of <u>Rivera v. Clark Melvin Securities Corp.</u>, 59 F. Supp.2d 297, 299-300 (D. Puerto Rico 1999), the following statement should be corrected. On pages 299-300, uncontested fact number 8 should read as follows: "The Court entered a partial judgment in the amount of $68,000.00 against Securities Investors Protection Corporation, in compensation for the $79,000.00 stolen from Plaintiffs' savings account. The claim for the remaining $11,000.00 was dismissed without prejudice."

The Court note that this change in no way changes the Court's ruling in this case.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of February, 2000.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

